1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SKIPPY CHARLES RUTKOWSKI,

11          Plaintiff,                    No. CIV S-05-2093 DFL KJM P

12      vs.

13   GREG SHUMAN, et al.,

14          Defendants.             <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42

17   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis under 28 U.S.C.

18   § 1915.  However, the certificate portion of the request which must be completed by staff at

19   plaintiff's institution of incarceration has not been completed.  Also, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy in support

23   of his application.

24   /////

25   /////

26   /////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED:  October 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/kf
rutk2093.3c+n